# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

YOUNES ABOUELFALD, ANNE
ALESCH, LAWRENCE ALEXANDER,
JOHN AVEDIAN, BRENDA BALLARD,
DUSTIN BORCHARDT, ERIC
BRADBERRY, BRET CALDWELL,
MICHAEL CAMPBELL, PAUL
CHERUBINO, THOMAS COLLINS,
TRACI COLLINS, LEA COMPTON,
MATTHEW DANSER, ANTHONY
DENIKE, SUSAN FARLEY, CARL
FELDMAN, DONALD FREUDIGER,
YOLANDA GALLAGHER, WILLIAM
GARBER, JOSE GARRIGA, DAVID
GEMOLL, DANIEL GILBERT, JASON
GIURINTANO, CLAY GOLDBERG,
THOMAS GORMAN, SETH GREENLEY,
DONALD GROFT, TONY HARDEE,
WILLIAM HAYNES, ERIC HENRY, TINA
HERRMANN, SUSAN HERSH, JEANNE
HEY, SANDRA HUGHES, LAUREN
HUSE, REX ISENHOWER, ALI JAMSHIDI,
BRENDA JOHNSON, GERALD
JOHNSTON JR., ROSS KANE, DANIEL
KASHDAN, ELI KENDRICK, KIRK
KISTOO, PAMELA LANHAM, BRYCE
LICHTIG, BRIAN LISSE, JOHN
LOVELACE, BRUCE LYNCH, ANN
LYNCH, DEAN LYULKIN, MARC
MAJOR, JOHN MARR, JR., ANGELA
MCCLEAN, KEVIN MCGEE, JERRY
MCGUIRE, TIM MCQUILLEN, MASON
MILLER, ALEXANDRA MINICOZZI,
JOHN MOHR, THADYUS MOORE,
DAVID MOORE, SUSAN MORAN,
TIMOTHY MOY, SUSAN MULHERN,
JUNIPER MULLIGAN, MILTON
MURPHY, BRENDA NEAL, JASON
NISLY, DENISE O'CONNOR, SHALEIGH
OLSON, TODD ONKEN, MARISA OPAL,
WILLIAM OVIATT, MAGDALENA

Case No.: 25-13061

PEARSON, JIMMY PHAN, MURIEL
QUAN, TRUDY RANTS, THOMAS
REILEY, LEONARD ROBERTS,
WALTER ROBERTS, CURTIS ROBERTS,
MICHAEL ROBERTSON, MITCHELL
ROJO, JOSEPH ROMERO, THOMAS
ROONEY, WILLIAM RUSSEL, ANNE
SANCHEZ, LINDA SCHILLING, STEVEN
SCHMID, HARLAN SCHMIDT, ERIC
SENECAL, CHRISTOPHER SILVA, LISA
SILVA, JENNIFER SIMPSON, RUSSELL
SNYDER, DUSTIN STINSON, JAMES
SULTAN, ANDREW SWENSON, BRENDA
SWENSON, ARTHUR TARANI, JANET
TATUM, LARRY TREGO, JERRY
TRUJILLO, LUCAS UECKER, JAY VOLK,
GEORGE VON DUERRING, BA KHAI
VUONG, JOSEPH WALL, THOMAS
WALSH, THOMAS WEINFURTER,
VALERIE WEST, DANIEL WHIPPLE,
BRIAN WIERSEMA, COLUMBUS
WILLIAMS, JENNIFER YAMAZAWA,
JUSTIN ZINSER, BRENDA BELLOCCHIO,
KENNETH BROWN, SITAO
BROWNHEIM, JOSEPH CARLAT, HENRY
GRAVES, JAMES KIRK II, RIO KRTEK,
ANTONIO LANGER, JIMMY LEW,
ZALYN MEANUS, MARIA PIKE, HENRY
QUAME, TYUS RAFAEL, CYNTHIA
SHEPPARD, GREG SPARKS, ERIK
STADE, WILLIAM STANTON, MICHAEL
THOMAS, ELIAS TZONTLIMATZI,
ANDREW WASHAM, ADAM GABBERT

Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware
Limited Liability Company, and DOES 1
through 10, inclusive,

Defendant.

## INTRODUCTION

Plaintiffs YOUNES ABOUELFALD, an individual, ANNE ALESCH, an individual, LAWRENCE ALEXANDER, an individual, JOHN AVEDIAN, an individual, BRENDA BALLARD, an individual, DUSTIN BORCHARDT, an individual, ERIC BRADBERRY, an individual, BRET CALDWELL, an individual, MICHAEL CAMPBELL, an individual, PAUL CHERUBINO, an individual, THOMAS COLLINS, an individual, TRACI COLLINS, an individual, LEA COMPTON, an individual, MATTHEW DANSER, an individual, ANTHONY DENIKE, an individual, SUSAN FARLEY, an individual, CARL FELDMAN, an individual, DONALD FREUDIGER, an individual, YOLANDA GALLAGHER, an individual, WILLIAM GARBER, an individual, JOSE GARRIGA, an individual, DAVID GEMOLL, an individual, DANIEL GILBERT, an individual, JASON GIURINTANO, an individual, CLAY GOLDBERG, an individual, THOMAS GORMAN, an individual, SETH GREENLEY, an individual, DONALD GROFT, an individual, TONY HARDEE, an individual, WILLIAM HAYNES, an individual, ERIC HENRY, an individual, TINA HERRMANN, an individual, SUSAN HERSH, an individual, JEANNE HEY, an individual, SANDRA HUGHES, an individual, LAUREN HUSE, an individual, REX ISENHOWER, an individual, ALI JAMSHIDI, an individual, BRENDA JOHNSON, an individual, GERALD JOHNSTON JR, an individual, ROSS KANE, an individual, DANIEL KASHDAN, an individual, ELI KENDRICK, an individual, KIRK KISTOO, an individual, PAMELA LANHAM, an individual, BRYCE LICHTIG, an individual, BRIAN LISSE, an individual, JOHN LOVELACE, an individual, BRUCE LYNCH, an individual, ANN LYNCH, an individual, DEAN LYULKIN, an individual, MARC MAJOR, an individual, JOHN MARR, JR., an individual, ANGELA MCCLEAN, an individual, KEVIN MCGEE, an individual, JERRY MCGUIRE, an individual, TIM MCQUILLEN, an individual, MASON MILLER, an individual, ALEXANDRA MINICOZZI, an individual, JOHN MOHR, an individual, THADYUS MOORE, an individual, DAVID MOORE, an individual, SUSAN MORAN, an individual, TIMOTHY MOY, an individual, SUSAN MULHERN, an individual, JUNIPER MULLIGAN, an individual, MILTON MURPHY, an individual, BRENDA NEAL, an individual, JASON NISLY, an individual, DENISE O'CONNOR, an individual, SHALEIGH OLSON, an individual, TODD ONKEN, an individual, MARISA OPAL, an individual, WILLIAM OVIATT, an individual, MAGDALENA PEARSON, an individual, JIMMY PHAN, an individual, MURIEL QUAN, an individual, TRUDY RANTS, an individual, THOMAS REILEY, an individual, LEONARD

ROBERTS, an individual, WALTER ROBERTS, an individual, CURTIS ROBERTS, an individual, MICHAEL ROBERTSON, an individual, MITCHELL ROJO, an individual, JOSEPH ROMERO, an individual, THOMAS ROONEY, an individual, WILLIAM RUSSEL, an individual, ANNE SANCHEZ, an individual, LINDA SCHILLING, an individual, STEVEN SCHMID, an individual, HARLAN SCHMIDT, an individual, ERIC SENECAL, an individual, CHRISTOPHER SILVA, an individual, LISA SILVA, an individual, JENNIFER SIMPSON, an individual, RUSSELL SNYDER, an individual, DUSTIN STINSON, an individual, JAMES SULTAN, an individual, ANDREW SWENSON, an individual, BRENDA SWENSON, an individual, ARTHUR TARANI, an individual, JANET TATUM, an individual, LARRY TREGO, an individual, JERRY TRUJILLO, an individual, BRENDA BELLOCCHIO, an individual, KENNETH BROWN, an individual, SITAO BROWNHEIM, an individual, JOSEPH CARLAT, an individual, HENRY GRAVES, an individual, JAMES KIRK II, an individual, RIO KRTEK, an individual, ANTONIO LANGER, an individual, JIMMY LEW, an individual, ZALYN MEANUS, an individual, MARIA PIKE, an individual, HENRY QUAME, an individual, TYUS RAFAEL, an individual, CYNTHIA SHEPPARD, an individual, GREG SPARKS, an individual, ERIK STADE, an individual, WILLIAM STANTON, an individual, MICHAEL THOMAS, an individual, ELIAS TZONTLIMATZI, an individual, ANDREW WASHAM, an individual, ADAM GABBERT, an individual, LUCAS UECKER, an individual, JAY VOLK, an individual, GEORGE VON DUERRING, an individual, BA KHAI VUONG, an individual, JOSEPH WALL, an individual, THOMAS WALSH, an individual, THOMAS WEINFURTER, an individual, VALERIE WEST, an individual, DANIEL WHIPPLE, an individual, BRIAN WIERSEMA, an individual, COLUMBUS WILLIAMS, an individual, JENNIFER YAMAZAWA, and an individual, JUSTIN ZINSER. (referred to collectively herein as "Plaintiffs") file this Complaint and allege the following based upon information and belief:

## **THE PARTIES**

1.      Plaintiff Younes Abouelfald is a resident and citizen of the state of Virginia. Plaintiff Anne Alesch is a resident and citizen of the state of Iowa. Plaintiff Lawrence Alexander is a resident and citizen of the state of North Carolina. Plaintiff John Avedian is a resident and citizen of the state of Massachusetts. Plaintiff Brenda Ballard is a resident and citizen of the state of Tennessee. Plaintiff Dustin Borchardt is a resident and citizen of the state of Minnesota. Plaintiff

Eric Bradberry is a resident and citizen of the state of Tennessee. Plaintiff Bret Caldwell is a resident and citizen of the state of Virginia. Plaintiff Michael Campbell is a resident and citizen of the state of Virginia. Plaintiff Paul Cherubino is a resident and citizen of the state of Colorado. Plaintiff Thomas Collins is a resident and citizen of the state of Kentucky. Plaintiff Traci Collins is a resident and citizen of the state of Colorado. Plaintiff Lea Compton is a resident and citizen of the state of North Carolina. Plaintiff Matthew Danser is a resident and citizen of the state of North Carolina. Plaintiff Anthony Denike is a resident and citizen of the state of New Jersey. Plaintiff Susan Farley is a resident and citizen of the state of South Carolina. Plaintiff Carl Feldman is a resident and citizen of the state of Iowa. Plaintiff Donald Freudiger is a resident and citizen of the state of South Carolina. Plaintiff Yolanda Gallagher is a resident and citizen of the state of Maine. Plaintiff William Garber is a resident and citizen of the state of Virginia. Plaintiff Jose Garriga is a resident and citizen of the state of Virginia. Plaintiff David Gemoll is a resident and citizen of the state of Kansas. Plaintiff Daniel Gilbert is a resident and citizen of the state of Idaho. Plaintiff Jason Giurintano is a resident and citizen of the state of North Carolina. Plaintiff Clay Goldberg is a resident and citizen of the state of Colorado. Plaintiff Thomas Gorman is a resident and citizen of the state of Idaho. Plaintiff Seth Greenley is a resident and citizen of the state of North Carolina. Plaintiff Donald Groft is a resident and citizen of the state of South Carolina. Plaintiff Tony Hardee is a resident and citizen of the state of North Carolina. Plaintiff William Haynes is a resident and citizen of the state of North Carolina. Plaintiff Eric Henry is a resident and citizen of the state of North Carolina. Plaintiff Tina Herrmann is a resident and citizen of the state of Florida. Plaintiff Susan Hersh is a resident and citizen of the state of North Carolina. Plaintiff Jeanne Hey is a resident and citizen of the state of Maine. Plaintiff Sandra Hughes is a resident and citizen of the state of Massachusetts. Plaintiff Lauren Huse is a resident and citizen of the state of North Carolina. Plaintiff Rex Isenhower is a resident and citizen of the state of Iowa. Plaintiff Ali Jamshidi is a resident and citizen of the state of North Carolina. Plaintiff Brenda Johnson is a resident and citizen of the state of North Carolina. Plaintiff Gerald Johnston Jr is a resident and citizen of the state of Tennessee. Plaintiff Ross Kane is a resident and citizen of the state of Colorado. Plaintiff Daniel Kashdan is a resident and citizen of the state of North Carolina. Plaintiff Eli Kendrick is a resident

and citizen of the state of North Carolina. Plaintiff Kirk Kistoo is a resident and citizen of the state of Florida. Plaintiff Pamela Lanham is a resident and citizen of the state of Colorado. Plaintiff Bryce Lichtig is a resident and citizen of the state of North Carolina. Plaintiff Brian Lisse is a resident and citizen of the state of Massachusetts. Plaintiff John Lovelace is a resident and citizen of the state of Colorado. Plaintiff Bruce Lynch is a resident and citizen of the state of North Carolina. Plaintiff Ann Lynch is a resident and citizen of the state of Colorado. Plaintiff Dean Lyulkin is a resident and citizen of the state of California. Plaintiff Marc Major is a resident and citizen of the state of Virginia. Plaintiff John Marr, Jr. is a resident and citizen of the state of Massachusetts. Plaintiff Angela McClean is a resident and citizen of the state of Oregon. Plaintiff Kevin McGee is a resident and citizen of the state of Maryland. Plaintiff Jerry McGuire is a resident and citizen of the state of Tennessee. Plaintiff Tim Mcquillen is a resident and citizen of the state of Iowa. Plaintiff Mason Miller is a resident and citizen of the state of Maryland. Plaintiff Alexandra Minicozzi is a resident and citizen of the state of Maryland. Plaintiff John Mohr is a resident and citizen of the state of New Mexico. Plaintiff Thadyus Moore is a resident and citizen of the state of North Carolina. Plaintiff David Moore is a resident and citizen of the state of North Carolina. Plaintiff Susan Moran is a resident and citizen of the state of New Mexico. Plaintiff Timothy Moy is a resident and citizen of the state of Wisconsin. Plaintiff Susan Mulhern is a resident and citizen of the state of Massachusetts. Plaintiff Juniper Mulligan is a resident and citizen of the state of Kentucky. Plaintiff Milton Murphy is a resident and citizen of the state of North Carolina. Plaintiff Brenda Neal is a resident and citizen of the state of Washington. Plaintiff Jason Nisly is a resident and citizen of the state of Colorado. Plaintiff Denise O'Connor is a resident and citizen of the state of Colorado. Plaintiff Shaleigh Olson is a resident and citizen of the state of Wisconsin. Plaintiff Todd Onken is a resident and citizen of the state of Montana. Plaintiff Marisa Opal is a resident and citizen of the state of Massachusetts. Plaintiff William Oviatt is a resident and citizen of the state of Iowa. Plaintiff Magdalena Pearson is a resident and citizen of the state of Idaho. Plaintiff Jimmy Phan is a resident and citizen of the state of Maine. Plaintiff Muriel Quan is a resident and citizen of the state of Maryland. Plaintiff Trudy Rants is a resident and citizen of the state of Iowa. Plaintiff Thomas Reiley is a resident and citizen of the state of

Colorado. Plaintiff Leonard Roberts is a resident and citizen of the state of Tennessee. Plaintiff Walter Roberts is a resident and citizen of the state of Virginia. Plaintiff Curtis Roberts is a resident and citizen of the state of Colorado. Plaintiff Michael Robertson is a resident and citizen of the state of Kentucky. Plaintiff Mitchell Rojo is a resident and citizen of the state of Colorado. Plaintiff Joseph Romero is a resident and citizen of the state of Arizona. Plaintiff Thomas Rooney is a resident and citizen of the state of Wyoming. Plaintiff William Russel is a resident and citizen of the state of Maryland. Plaintiff Anne Sanchez is a resident and citizen of the state of North Carolina. Plaintiff Linda Schilling is a resident and citizen of the state of New Mexico. Plaintiff Steven Schmid is a resident and citizen of the state of Washington. Plaintiff Harlan Schmidt is a resident and citizen of the state of Wisconsin. Plaintiff Eric Senecal is a resident and citizen of the state of Maine. Plaintiff Christopher Silva is a resident and citizen of the state of Maryland. Plaintiff Lisa Silva is a resident and citizen of the state of New Mexico. Plaintiff Jennifer Simpson is a resident and citizen of the state of North Carolina. Plaintiff Russell Snyder is a resident and citizen of the state of North Carolina. Plaintiff Dustin Stinson is a resident and citizen of the state of Kentucky. Plaintiff James Sultan is a resident and citizen of the state of Massachusetts. Plaintiff Andrew Swenson is a resident and citizen of the state of Colorado. Plaintiff Brenda Swenson is a resident and citizen of the state of Wisconsin. Plaintiff Arthur Tarani is a resident and citizen of the state of Massachusetts. Plaintiff Janet Tatum is a resident and citizen of the state of North Carolina. Plaintiff Larry Trego is a resident and citizen of the state of Tennessee. Plaintiff Jerry Trujillo is a resident and citizen of the state of Colorado. Plaintiff Lucas Uecker is a resident and citizen of the state of New Mexico. Plaintiff Jay Volk is a resident and citizen of the state of Ohio. Plaintiff George Von Duerring is a resident and citizen of the state of Colorado. Plaintiff Ba Khai Vuong is a resident and citizen of the state of Indiana. Plaintiff Joseph Wall is a resident and citizen of the state of North Carolina. Plaintiff Thomas Walsh is a resident and citizen of the state of South Carolina. Plaintiff Thomas Weinfurter is a resident and citizen of the state of Wisconsin. Plaintiff Valerie West is a resident and citizen of the state of Tennessee. Plaintiff Daniel Whipple is a resident and citizen of the state of North Carolina. Plaintiff Brian Wiersema is a resident and citizen of the state of Iowa. Plaintiff Columbus Williams is a resident and citizen of the state of Maryland.

Plaintiff Jennifer Yamazawa is a resident and citizen of the state of North Carolina. Plaintiff Justin Zinser is a resident and citizen of the state of Arizona. Plaintiff Brenda Bellocchio is a resident and citizen of the state of Texas. Plaintiff Kenneth Brown is a resident and citizen of the state of Texas. Plaintiff Sitao Brownheim is a resident and citizen of the state of Texas. Plaintiff Joseph Carlat is a resident and citizen of the state of Texas. Plaintiff Henry Graves is a resident and citizen of the state of Texas. Plaintiff James Kirk II is a resident and citizen of the state of Texas. Plaintiff Rio Krtek is a resident and citizen of the state of Texas. Plaintiff Antonio Langer is a resident and citizen of the state of Texas. Plaintiff Jimmy Lew is a resident and citizen of the state of Texas. Plaintiff Zalyn Meanus is a resident and citizen of the state of Texas. Plaintiff Maria Pike is a resident and citizen of the state of Texas. Plaintiff Henry Quame is a resident and citizen of the state of Texas. Plaintiff Tyus Rafael is a resident and citizen of the state of Texas. Plaintiff Cynthia Sheppard is a resident and citizen of the state of Texas. Plaintiff Greg Sparks is a resident and citizen of the state of Texas. Plaintiff Erik Stade is a resident and citizen of the state of Texas. Plaintiff William Stanton is a resident and citizen of the state of Texas. Plaintiff Michael Thomas is a resident and citizen of the state of Texas. Plaintiff Elias Tzontlimatzi is a resident and citizen of the state of Texas. Plaintiff Andrew Washam is a resident and citizen of the state of Texas. Plaintiff Adam Gabbert is a resident and citizen of the state of Texas.

2.     Defendant General Motors, LLC (hereinafter referred to as "General Motors" or "Defendant") is a Delaware limited liability company with its principal place of business at 300 Renaissance Ctr., in Detroit, Michigan.  The sole member of General Motors LLC is General Motors Holdings, LLC, which is also a Delaware limited liability company with its principal place of business in Michigan.  The sole member of General Motors Holdings, LLC is General Motors Company, a corporation organized under the laws of Delaware with its principal place of business in Michigan.

3.     The true names and capacities of Defendants sued herein as DOES 1 through 10, inclusive, are presently unknown to Plaintiffs who will seek leave of this Court to amend this Complaint to include these DOE Defendants when they are identified.

4.      At all times mentioned in the Complaint, each of the Defendants were agents of each and every other Defendant.  In doing the things alleged in the Complaint, each Defendant was acting within the course and scope of their agency and was acting with the consent, permission and authorization of each of the other Defendants.

## JURISDICTION IS PROPER UNDER § 1332(a)

5.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a), which grants federal district courts original jurisdiction of all civil actions where (1) the action is between citizens of different states, and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.  As set forth below, this action satisfies both requirements.

6.      **There is Complete Diversity of Citizenship.**  Section 1332(a) requires complete diversity of citizenship, which is established when "each defendant is a citizen of a different State from each plaintiff." *Owen Equip. & Erection Co. v Kroger,* 437 U.S. 365, 373 (1978).

7.      Plaintiffs are citizens and residents of the states of Arizona, California, Colorado, Florida, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Montana, New Jersey, New Mexico, North Carolina, Ohio, Oregon, South Carolina, Tennessee, Texas, Virginia, Washington, Wisconsin, and Wyoming.

8.      General Motors LLC is a Delaware limited liability company with its principal place of business in Detroit, Michigan.  The sole member of General Motors LLC is General Motors Holdings, LLC, which is also a Delaware limited liability company with its principal place of business in Michigan.  The sole member of General Motors Holdings, LLC is General Motors Company, a corporation organized under the laws of Delaware with its principal place of business in Michigan.  Therefore, General Motors, LLC is a citizen of the states of Delaware and Michigan.

9.      Because Plaintiffs are citizens of Arizona, California, Colorado, Florida, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Montana, New Jersey, New Mexico, North Carolina, Ohio, Oregon, South Carolina, Tennessee, Texas,

Virginia, Washington, Wisconsin, Wyoming there is complete diversity of citizenship in this action as required by §1332(a).

10. **The Amount In Controversy Exceeds $75,000.** Section 1332(a) also requires that the amount in controversy "exceeds the sum or value of $75,000, exclusive of interest and costs." Based on each Plaintiff's claim for civil penalties, restitution, rescission and attorneys' fees, the amount in controversy exceeds the jurisdictional minimum of $75,000, exclusive of interest and costs, thereby vesting this Court with jurisdiction under 28 U.S.C. § 1332(a).  In addition, each Plaintiff asserts a claim for punitive damages, which is included in determining the amount in controversy for subject matter jurisdiction, *Bell v. Preferred Life Assur. Society*, 320 U.S. 238, 240 (1943).  Furthermore, for purposes of determining the amount in controversy the court should consider not just attorneys' fees incurred to date, but the possible attorneys' fees that will be incurred during the court of the litigation.  *Fritsch v. Swift Transp. Co. of Ariz, LLC*, 889 F.3d 785, 794 (9th Cir. 2018).

11. Defendant is subject to personal jurisdiction in Michigan based upon sufficient minimum contacts which exist between Defendant and Michigan.  Defendant is authorized to do and does business in Michigan.

## <u>VENUE IS PROPER UNDER § 1391</u>

12. Venue is proper in this District pursuant to 28 U.S.C. §1391 because a substantial part of the events, transactions, and conduct giving rise to the claims occurred in and emanated from this District.  Further, GM is headquartered and transacts business in this District.

## <u>GENERAL ALLEGATIONS</u>

13. Plaintiff Younes Abouelfald purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01N4100316, which was manufactured, distributed and/or sold by Defendant. Plaintiff Anne Alesch purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S09M4102114, which was manufactured, distributed and/or sold by Defendant.

Plaintiff Lawrence Alexander purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S05N4100192, which was manufactured, distributed and/or sold by Defendant. Plaintiff John Avedian purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00K4136703, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brenda Ballard purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00K4108951, which was manufactured, distributed and/or sold by Defendant. Plaintiff Dustin Borchardt purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S02H4178821, which was manufactured, distributed and/or sold by Defendant. Plaintiff Eric Bradberry purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S0XH4185289, which was manufactured, distributed and/or sold by Defendant. Plaintiff Bret Caldwell purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S00K4118604, which was manufactured, distributed and/or sold by Defendant. Plaintiff Michael Campbell purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XK4107304, which was manufactured, distributed and/or sold by Defendant. Plaintiff Paul Cherubino purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S00L4149482, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Collins purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01N4105953, which was manufactured, distributed and/or sold by Defendant. Plaintiff Traci Collins purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09L4140489, which was manufactured, distributed and/or sold by Defendant. Plaintiff Lea Compton purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S09K4146871, which was manufactured, distributed and/or sold by Defendant. Plaintiff Matthew Danser purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01N4108958, which was manufactured, distributed and/or sold by Defendant. Plaintiff Anthony Denike purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01J4119930, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Farley purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07M4102227, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Carl Feldman purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S00H4185279, which was manufactured, distributed and/or sold by Defendant. Plaintiff Donald Freudiger purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09L4117763, which was manufactured, distributed and/or sold by Defendant. Plaintiff Yolanda Gallagher purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S04K4145291, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Garber purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S09H4135838, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jose Garriga purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S04N4101248, which was manufactured, distributed and/or sold by Defendant. Plaintiff David Gemoll purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S0XH4178680, which was manufactured, distributed and/or sold by Defendant. Plaintiff Daniel Gilbert purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S02K4111086, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jason Giurintano purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01H4176574, which was manufactured, distributed and/or sold by Defendant. Plaintiff Clay Goldberg purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08M4101510, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Gorman purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04L4140705, which was manufactured, distributed and/or sold by Defendant. Plaintiff Seth Greenley purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S03M4105865, which was manufactured, distributed and/or sold by Defendant. Plaintiff Donald Groft purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S06K4135023, which was manufactured, distributed and/or sold by Defendant. Plaintiff Tony Hardee purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S06N4101414, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Haynes purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XN4102787, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Eric Henry purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01L4104020, which was manufactured, distributed and/or sold by Defendant. Plaintiff Tina Herrmann purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S09H4170568, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Hersh purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S05H4180188, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jeanne Hey purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S00H4174575, which was manufactured, distributed and/or sold by Defendant. Plaintiff Sandra Hughes purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S00H4165016, which was manufactured, distributed and/or sold by Defendant. Plaintiff Lauren Huse purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S01N4112706, which was manufactured, distributed and/or sold by Defendant. Plaintiff Rex Isenhower purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07L4140698, which was manufactured, distributed and/or sold by Defendant. Plaintiff Ali Jamshidi purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01K4136562, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brenda Johnson purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S02H4137945, which was manufactured, distributed and/or sold by Defendant. Plaintiff Gerald Johnston Jr purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S08M4102556, which was manufactured, distributed and/or sold by Defendant. Plaintiff Ross Kane purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S09N4116368, which was manufactured, distributed and/or sold by Defendant. Plaintiff Daniel Kashdan purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S06H4181675, which was manufactured, distributed and/or sold by Defendant. Plaintiff Eli Kendrick purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06M4104645, which was manufactured, distributed and/or sold by Defendant. Plaintiff Eli Kendrick purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S02H4127354, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Kirk Kistoo purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S08H4159547, which was manufactured, distributed and/or sold by Defendant. Plaintiff Pamela Lanham purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S07L4129990, which was manufactured, distributed and/or sold by Defendant. Plaintiff Bryce Lichtig purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01N4101837, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brian Lisse purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S07H4183127, which was manufactured, distributed and/or sold by Defendant. Plaintiff John Lovelace purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S04J4137566, which was manufactured, distributed and/or sold by Defendant. Plaintiff Bruce Lynch purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S05H4112778, which was manufactured, distributed and/or sold by Defendant. Plaintiff Ann Lynch purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S03L4109753, which was manufactured, distributed and/or sold by Defendant. Plaintiff Dean Lyulkin purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S04H4136962, which was manufactured, distributed and/or sold by Defendant. Plaintiff Marc Major purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S02L4141349, which was manufactured, distributed and/or sold by Defendant. Plaintiff John Marr, Jr. purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06M4109022, which was manufactured, distributed and/or sold by Defendant. Plaintiff Angela McClean purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03L4112980, which was manufactured, distributed and/or sold by Defendant. Plaintiff Kevin McGee purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04K4139519, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jerry McGuire purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XN4107677, which was manufactured, distributed and/or sold by Defendant. Plaintiff Tim McQuillen purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S04H4184073, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Mason Miller purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07K4132289, which was manufactured, distributed and/or sold by Defendant. Plaintiff Alexandra Minicozzi purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06K4107168, which was manufactured, distributed and/or sold by Defendant. Plaintiff John Mohr purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05L4146125, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thadyus Moore purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S02L4112369, which was manufactured, distributed and/or sold by Defendant. Plaintiff David Moore purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S05L4110924, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Moran purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09N4112033, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Moran purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05N4125696, which was manufactured, distributed and/or sold by Defendant. Plaintiff Timothy Moy purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S06H4160774, which was manufactured, distributed and/or sold by Defendant. Plaintiff Susan Mulhern purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XM4107144, which was manufactured, distributed and/or sold by Defendant. Plaintiff Juniper Mulligan purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S06N4100413, which was manufactured, distributed and/or sold by Defendant. Plaintiff Milton Murphy purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S05L4119154, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brenda Neal purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S05N4102759, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jason Nisly purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S01K4102642, which was manufactured, distributed and/or sold by Defendant. Plaintiff Denise O'Connor purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S01K4104911, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Shaleigh Olson purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S06L4104100, which was manufactured, distributed and/or sold by Defendant. Plaintiff Todd Onken purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07M4100719, which was manufactured, distributed and/or sold by Defendant. Plaintiff Marisa Opal purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S02H4137365, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Oviatt purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S04L4130730, which was manufactured, distributed and/or sold by Defendant. Plaintiff Magdalena Pearson purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05K4120445, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jimmy Phan purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S05H4142382, which was manufactured, distributed and/or sold by Defendant. Plaintiff Muriel Quan purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S04M4113279, which was manufactured, distributed and/or sold by Defendant. Plaintiff Trudy Rants purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S00J4131311, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Reiley purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07K4109837, which was manufactured, distributed and/or sold by Defendant. Plaintiff Leonard Roberts purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03L4122683, which was manufactured, distributed and/or sold by Defendant. Plaintiff Walter Roberts purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05L4142110, which was manufactured, distributed and/or sold by Defendant. Plaintiff Curtis Roberts purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04N4118402, which was manufactured, distributed and/or sold by Defendant. Plaintiff Michael Robertson purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S04N4101914, which was manufactured, distributed and/or sold by Defendant. Plaintiff Mitchell Rojo purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XN4118646, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Joseph Romero purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00M4110962, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Rooney purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S05M4103215, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Russel purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S0XJ4119797, which was manufactured, distributed and/or sold by Defendant. Plaintiff Anne Sanchez purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03N4118359, which was manufactured, distributed and/or sold by Defendant. Plaintiff Linda Schilling purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04M4100383, which was manufactured, distributed and/or sold by Defendant. Plaintiff Steven Schmid purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08L4121898, which was manufactured, distributed and/or sold by Defendant. Plaintiff Harlan Schmidt purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01N4102180, which was manufactured, distributed and/or sold by Defendant. Plaintiff Eric Senecal purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03L4117340, which was manufactured, distributed and/or sold by Defendant. Plaintiff Christopher Silva purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07N4112600, which was manufactured, distributed and/or sold by Defendant. Plaintiff Lisa Silva purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S07L4150208, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jennifer Simpson purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S08L4140943, which was manufactured, distributed and/or sold by Defendant. Plaintiff Russell Snyder purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00L4147475, which was manufactured, distributed and/or sold by Defendant. Plaintiff Dustin Stinson purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S08H4151736, which was manufactured, distributed and/or sold by Defendant. Plaintiff James Sultan purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06M4101955, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Andrew Swenson purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S08N4106343, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brenda Swenson purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S06L4136495, which was manufactured, distributed and/or sold by Defendant. Plaintiff Arthur Tarani purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01L4128513, which was manufactured, distributed and/or sold by Defendant. Plaintiff Janet Tatum purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S07K4147632, which was manufactured, distributed and/or sold by Defendant. Plaintiff Larry Trego purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05L4143922, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jerry Trujillo purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S01N4102354, which was manufactured, distributed and/or sold by Defendant. Plaintiff Lucas Uecker purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XL4113818, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jay Volk purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XM4100441, which was manufactured, distributed and/or sold by Defendant. Plaintiff George Von Duerring purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S02M4106313, which was manufactured, distributed and/or sold by Defendant. Plaintiff Ba Khai Vuong purchased a 2017 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S01H4164313, which was manufactured, distributed and/or sold by Defendant. Plaintiff Joseph Wall purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08L4129290, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Walsh purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S02N4105759, which was manufactured, distributed and/or sold by Defendant. Plaintiff Thomas Weinfurter purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XM4100486, which was manufactured, distributed and/or sold by Defendant. Plaintiff Valerie West purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S08K4135313, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Daniel Whipple purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XL4146303, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brian Wiersema purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S07J4118894, which was manufactured, distributed and/or sold by Defendant. Plaintiff Columbus Williams purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04K4112367, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jennifer Yamazawa purchased a 2018 Chevrolet Bolt EV, Vehicle Identification Number 1G1FW6S08J4125999, which was manufactured, distributed and/or sold by Defendant. Plaintiff Justin Zinser purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07K4134186, which was manufactured, distributed and/or sold by Defendant. Plaintiff Justin Zinser purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S07K4143048, which was manufactured, distributed and/or sold by Defendant. Plaintiff Justin Zinser purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S04M4100841, which was manufactured, distributed and/or sold by Defendant. Plaintiff Brenda Bellocchio purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S05L4138400, which was manufactured, distributed and/or sold by Defendant. Plaintiff Kenneth Brown purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S09K4112607, which was manufactured, distributed and/or sold by Defendant. Plaintiff Sitao Brownheim purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S00N4118920, which was manufactured, distributed and/or sold by Defendant. Plaintiff Joseph Carlat purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S01N4103954, which was manufactured, distributed and/or sold by Defendant. Plaintiff Henry Graves purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04M4111786, which was manufactured, distributed and/or sold by Defendant. Plaintiff James Kirk II purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S06N4106557, which was manufactured, distributed and/or sold by Defendant. Plaintiff Rio Krtek purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09M4104920, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Antonio Langer purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S05N4102778, which was manufactured, distributed and/or sold by Defendant. Plaintiff Jimmy Lew purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S0XL4149315, which was manufactured, distributed and/or sold by Defendant. Plaintiff Zalyn Meanus purchased a 2020 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S03L4134605, which was manufactured, distributed and/or sold by Defendant. Plaintiff Maria Pike purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S07M4111359, which was manufactured, distributed and/or sold by Defendant. Plaintiff Henry Quame purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09N4108077, which was manufactured, distributed and/or sold by Defendant. Plaintiff Tyus Rafael purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FX6S02N4103306, which was manufactured, distributed and/or sold by Defendant. Plaintiff Cynthia Sheppard purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08M4104553, which was manufactured, distributed and/or sold by Defendant. Plaintiff Greg Sparks purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S03M4103519, which was manufactured, distributed and/or sold by Defendant. Plaintiff Greg Sparks purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S09M4108627, which was manufactured, distributed and/or sold by Defendant. Plaintiff Erik Stade purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XM4108911, which was manufactured, distributed and/or sold by Defendant. Plaintiff William Stanton purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S00K4129246, which was manufactured, distributed and/or sold by Defendant. Plaintiff Michael Thomas purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S04N4109893, which was manufactured, distributed and/or sold by Defendant. Plaintiff Elias Tzontlimatzi purchased a 2021 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S00M4103488, which was manufactured, distributed and/or sold by Defendant. Plaintiff Andrew Washam purchased a 2022 Chevrolet Bolt EV, Vehicle Identification Number 1G1FY6S08N4103145, which was manufactured, distributed and/or sold by Defendant. Plaintiff

Adam Gabbert purchased a 2019 Chevrolet Bolt EV, Vehicle Identification Number 1G1FZ6S0XK4103091, which was manufactured, distributed and/or sold by Defendant.

(The Plaintiffs' vehicles described above shall hereinafter be referred to collectively as the "Subject Vehicles".)

14.    At the time of purchase, Defendant provided Plaintiffs with an express warranty concerning the manufacture, operation and performance of the Subject Vehicles, upon which Plaintiffs reasonably relied upon when deciding to purchase the Subject Vehicles.

15.    Shortly after the purchases, Plaintiffs experienced significant and/or excessive nonconformities with the Subject Vehicles which significantly impaired the Subject Vehicles' use, value and/or safety.  Such defects/nonconformities include, but are not limited to unresolved high voltage battery defects, which make the Subject Vehicles a high risk for battery melt or fire, plus other operational problems.  The battery risk of melting or fire is a significant safety issue and severely limits indoor vehicle parking options.

16.    Plaintiffs delivered the Subject Vehicles to Defendant's authorized repair facilities for repair of the foregoing nonconformities.  Despite the repeated repair attempts, Defendant and/or its authorized repair facilities have been unable to repair the Subject Vehicles' nonconformities in accordance with Defendant's express and implied warranties.

17.    Moreover, the Subject Vehicles have not been repaired within a reasonable time frame and spent several days in the shop.

18.    Despite confirmation of the nonconformities and repeated lengthy repair attempts, Defendant has been unable to correct the nonconformities.  These nonconformities substantially impair the use, value and/or safety of the Subject Vehicles.  Further, Defendant breached its express and implied warranties and refuses to comply with its obligations under the Magnusson-Moss Warranty Act.

19.    Plaintiffs have incurred and continue to incur significant damages as a result of the

nonconformities and Defendant's failure to honor the applicable express warranties. Such damages include, but are not limited to, actual, special, consequential damages, direct out of pocket expenses and loss of use of the Subject Vehicles.

**FIRST CAUSE OF ACTION**

**(Breach of Express Warranty – Magnuson-Moss Warranty Act; 15 U.S.C. §2301, *et seq*.)**

20.     Plaintiffs hereby incorporate by reference and re-alleges each of the allegations contained in the foregoing paragraphs as though fully set forth in this cause of action.

21.     Plaintiffs are "consumer(s)" within the meaning of Section 2301(3) of the Magnuson-Moss Warranty Act ("MMWA").

22.     Defendant is a "warrantor" within the meaning of Section 2301(5) of the MMWA.

23.     As set forth herein, Defendant expressly warranted the Subject Vehicles within the meaning of Section 2301(6) of the MMWA. Defendant breached its express warranties in the manner described herein.

24.     Defendant's breach was a substantial factor and proximate cause in the resulting damages to Plaintiffs, which include, but are not limited to: actual, special, incidental and consequential damages in an amount according to proof at trial, in addition to Plaintiffs' attorneys' fees and costs.

**SECOND CAUSE OF ACTION**

**(Breach of Implied Warranty – Magnuson-Moss Warranty Act; 15 U.S.C. §2301, *et seq*.)**

25.     Plaintiffs hereby incorporate by reference and re-allege each of the allegations contained in the foregoing paragraphs as though fully set forth in this cause of action.

26.     Plaintiffs are "consumer(s)" within the meaning of Section 2301(3) of the MMWA.

27.     Defendant is a "warrantor" within the meaning of Section 2301(5) of the MMWA.

28.     As set forth herein, Defendant impliedly warranted the Subject Vehicles as being merchantable and fit for a particular purpose, which warranties are implied within the meaning of Section 2301(7) of the MMWA.  Defendant breached the implied warranties in the manner described herein.

29.     As set forth herein, Defendant impliedly warranted the Subject Vehicles as being merchantable and fit for a particular purpose, which warranties are implied within the meaning of Section 2301(7) of the MMWA.  Defendant breached the implied warranties in the manner described herein.

30.     As a direct and proximate cause of Defendant's breach and failure to comply with their obligations under the applicable implied warranties, Plaintiffs suffered actual, special, incidental and consequential damages in an amount according to proof at trial, in addition to Plaintiffs' attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

1.     For general, special and actual damages according to proof at trial;

2.     For rescission of the purchase contract and restitution of all monies expended;

3.     For incidental and consequential damages according to proof at trial;

4.     For a civil penalty in an amount of two times Plaintiff's actual damages;

5.     For prejudgment interest at the legal rate;

6.     For reasonable attorney's fees and costs of suit; and

7.     For such other and further relief as this Court deems just and proper.

## JURY TRIAL DEMANDED

31.     Plaintiffs demand a jury trial on all triable issues.

DATED this 26th day of September, 2025.

AMINI & CONANT

By  /s/ Neema Amini
_____

Neema Amini (P88571)
1204 San Antonio Street
Second Floor
Austin, Texas 78701
Tel: (512) 222-6883
Fax: (512) 900-7967
neema@aminiconant.com
Local Counsel for Plaintiffs

Steven L. Marchbanks (214686)
PREMIER LEGAL CENTER, APC
1055 Torrey Pines Rd. Ste. 205
La Jolla, CA 92037
Tel: (619) 235-3200
Fax: (619) 235-3300
steve@premierlegalcenter.com

*Attorneys for Plaintiffs*